[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 27, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11410
Non-Argument Calendar

_____

D. C. Docket No. 06-00037-CR-001-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD EUGENE COBB,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

**(August 27, 2007)**

Before BLACK, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Reginald Eugene Cobb in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cobb's convictions and sentences are **AFFIRMED.**